RTBL^e on thursday 18th Sept^ber 1806.

Charles Chandonet

adv^s

Hugh Pattinson & C°

Sol. Sibley att^y for defend^t

Territory of Michigan to wit

The United States *to the Marshall of the territory of Michigan* Greeting you are hereby commanded to Summon Antoine Dulune, Joseph Lajimoniere, Robert Forsyth, & John Kinsie if they may be found within the territory of Michigan to personally appear before the Judges of our Supreme Court next to be holden at Detroit on thursday Eighteenth Sept^ber instant then & there in our Said Court to give evidence & the truth to Say on the behalf of Charles Chandonet adv^s Hugh Pattinson & C° in a plea of trespass on the case and not depart the Court without leave hereof the Said Antoine Dulune, Joseph Lajimoniere, Rob^t Forsyth & John Kinsie are in no

wise to fail under the penalty of five hundred dollars Each  WITNESS Augustus B. Woodward Chief Judge of our said Supreme Court at Detroit the 16th day of September one thousand eight hundred Six.

PETER AUDRAIN Clerk.